**LIPMAN & PLESUR, LLP**
**PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW**
THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY  11753-2131 • 516-931-0050
1350 BROADWAY • SUITE 2210 • NEW YORK, NY  10018-7802 • 212-661-0085
FACSIMILE 516-931-0030
attorneys@lipmanplesur.com

Honorable William M. Skretny
United States District Court
Western District of New York
304 United States Courthouse
68 Court Street
Buffalo, NY  14202                                         August 12, 2005

        Re:  **Theresa Varley and Judy Altman, Individually, on Behalf of All Others Similarly Situated and as Class Representatives vs. The McGuire Group, Inc. and Francis J. McGuire**
            **Case No. CV 03 0887 (ADS)(ARL)**

Dear Judge Skretny:

    We are class counsel in the above-referenced matter.  The parties jointly submit the attached proposed Order Preliminarily Approving Settlement and Providing for Notice.  We have also attached one file containing all referenced documents.

                      Very truly yours,

                      /s/

                      Robert D. Lipman

RDL:ljt